# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN THE MATTER OF: JAHAAN SHAHEED   :   No. 48 WM 2020
MOTION FOR EXTENSION PURSUANT   :
TO RULE 311   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of May, 2020, the Request for Extension of Admission to Practice Law is DENIED.